UNITED STATES TRUST COMPANY OF NEW YORK, as Ancillary Administrator with the Will Annexed of FREDERICK WESCHE, Deceased, Respondent, *v.* ERNEST T. GREINER, Respondent, and A. B. LEACH & Co., INC., Appellant, Impleaded with Another.

*Practice — reference — complaint alleging that defendant had received funds and securities of plaintiff with notice that they were delivered under breach of trust and demanding accounting — order sending issues to referee proper.*

*United States Trust Co.* v. *Leach & Co., Inc.,* 214 App. Div. 718, affirmed.

(Argued February 23, 1926; decided March 30, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 9, 1925, which affirmed an order of Special Term sending the issues between the plaintiff and defendant, appellant, to a referee to hear and determine. The action was originally brought against defendant Greiner for an accounting as to certain funds and securities. Thereafter plaintiff obtained an order bringing in appellant as an additional defendant and permitting service of a supplemental complaint which alleged that it had received certain of the plaintiff's funds and securities with notice that Greiner was violating his trust in delivering them and demanding an accounting as to said funds and securities. The following question was certified: " Does the record herein present a proper case for the granting of a motion for a reference of the issues between the plaintiff and the defendant, A. B. Leach & Co., Inc., raised by the supplemental complaint and the amended answer? "

*Karl T. Frederick, Henry M. Earle* and *John Schubert* for appellant.

*Selden Bacon* for plaintiff, respondent.

*Isaac N. Jacobson* for defendant, respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.